1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

SOPHIA CLARK,

10

     Plaintiff,       CASE NO.:  2:11-cv-00329-LRH-PAL

11

12

v.

13

NEW ALBERTSON'S, INC., a
Delaware Corporation, d/b/a

14

ALBERTSON'S; DOES I through V,
inclusive, ROE CORPORATIONS VI

15

through X, inclusive,

16

     Defendants.

17

18

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING**
**PARTIES**

19

20

21

   IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that

22

the above entitled matter be dismissed with prejudice, leaving no remaining parties,

23

///

24

///

25

///

26

///

27

28

///

1

1    each party bear their respective fees and costs incurred.

2          DATED this 8th day of February, 2012.

3

**NETTLES LAW FIRM**           **MORAN LAW FIRM, LLC**

4

5   _/s/ Brian Nettles, Esq._          /s/ Lew Brandon, Jr., Esq.
     **BRIAN NETTLES, ESQ.**           **LEW BRANDON, JR., ESQ.**

6     Nevada Bar No. 7462            Nevada Bar No. 5880
    1389 Galleria Drive, Suite 110      630 S. Fourth Street

7     Henderson, Nevada 89014        Las Vegas, Nevada 89101
    (702) 434-8282                 (702) 384-8424

8     (702) 434-1488 - _facsimile_       (702) 384-6568 - _facsimile_
    _BrianNettles@nettleslawfirm.com_    _l.brandon@moranlawfirm.com_

9     Attorney for Plaintiff,           Attorney for Defendant,
    SOPHIA CLARK                NEW ALBERTSONS, INC.

10

11

12         **IT IS ORDERED** that the above entitled matter be dismissed with prejudice,

13 leaving no remaining parties, each party to bear their respective fees and costs incurred.

14         **DATED** this 15th day of February, 2012.

15

16

17

18                             LARRY R. HICKS

19                             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28