1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SOPHIA CLARK,<br><br>             Plaintiff,<br><br>v.<br><br>NEW ALBERTSON'S, INC., a Delaware Corporation, d/b/a ALBERTSON'S; DOES I through V, inclusive, ROE CORPORATIONS VI through X, inclusive,<br><br>             Defendants. | CASE NO.:  2:11-cv-00329-LRH-PAL |

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties,

///

///

///

///

///

1

1  each party bear their respective fees and costs incurred.

2       DATED this 8th day of February, 2012.

| NETTLES LAW FIRM | MORAN LAW FIRM, LLC |
|---|---|
| /s/ Brian Nettles, Esq. | /s/ Lew Brandon, Jr., Esq. |
| **BRIAN NETTLES, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 7462 | Nevada Bar No. 5880 |
| 1389 Galleria Drive, Suite 110 | 630 S. Fourth Street |
| Henderson, Nevada 89014 | Las Vegas, Nevada 89101 |
| (702) 434-8282 | (702) 384-8424 |
| (702) 434-1488 - *facsimile* | (702) 384-6568 - *facsimile* |
| BrianNettles@nettleslawfirm.com | l.brandon@moranlawfirm.com |
| Attorney for Plaintiff, | Attorney for Defendant, |
| SOPHIA CLARK | NEW ALBERTSONS, INC. |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party to bear their respective fees and costs incurred.

**DATED** this 15th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2